1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2758



**FILED**

JUL 2 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

11  IN THE MATTER OF THE SEARCH OF:  )   S.W. NO. 12-SW-224-GGH
                                     )
12  2002 E. Home Street, Fresno, CA  )   [PROPOSED] ORDER
                                     )   FOR UNSEALING WARRANT AND
13                                   )   SEARCH WARRANT AFFIDAVIT
                                     )
14                                   )
                                     )
15                                   )
                                     )
16  _____ )

17       The government's request to unseal the Search Warrant and this

18  case is GRANTED.

19  SO ORDERED:

20  DATED: July 2o , 2012

    _____
    HON. KENDALL J. NEWMAN
21  U.S. Magistrate Judge